JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACH 18 DESIGN, INC., a California corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>ICONMOBILE, LLC, a New York limited liability company; DOES 1-10, inclusive,<br><br>      Defendants. | CASE NO. 2:14-CV-00105-RSWL (AJWx)<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

The Court, having received a stipulation from Defendant ICONMOBILE, LLC and Plaintiff MACH 18 DESIGN, INC., HEREBY ORDERS that the above-captioned case be remanded to the Superior Court of the State of California for the County of Los Angeles, Case No. BC529673.

DATED: 1/16/2014

           RONALD S.W. LEW
           Honorable Ronald S.W. Lew
           Senior U.S. District Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

7562964-v1

1